**Julio MOREJON–PACHECO,**
**Petitioner–Appellant,**

v.

**FEDERAL BUREAU OF PRISONS;**
**Warden, Federal Correctional Institution–Butner, Respondents–Appellees.**

**No. 01–6536.**

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 23, 2001.

Decided Aug. 29, 2001.

Julio Morejon–Pacheco, pro se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, NC, for appellees.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Julio Morejon–Pacheco appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court.* *Morejon–Pacheco v. Federal Bureau of Prisons*, No. CA–00–230–5–BO (E.D.N.C. Jan. 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

* We deny Morejon Pacheco's motion to trans-    fer the appeal.